PHILIP LIPPNER et al., Copartners under the Name of ZANE & LIPPNER, Respondents, v. O. ROBERT HUNGERFORD et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID LUTTERMAN, Appellant.— Judgment reversed, the information dismissed and the fine remitted, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Martin, P. J., dissents and votes to affirm.

SAMUEL REINLIB, as President of the International Ladies' Handbag, Luggage, Belt and Novelty Workers Union, Respondent, v. MEMO LEATHER GOODS CORPORATION et al., Appellants.— Orders, so far as appealed from, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.; Untermyer and Dore, JJ., dissent in part and vote to modify the orders appealed from by denying the motion to dismiss the second, third, fourth and fifth defenses, and, as so modified, to affirm. (*Morgan Munitions Co.* v. *Studebaker Corp.*, 226 N. Y. 94, 98; *Staten Island M. R. R. Co.* v. *Hinchliffe*, 170 N. Y. 473, 481; *Home Insurance Co.* v. *Gillespie Loading Co.*, 222 App. Div. 67, 68; 3 Abbott's Forms of Pleading [3d ed.], note, p. 2394. [See 268 App. Div. 755.]

JOHN A. McCARTHY & Co., INC., Appellant, v. PHILIP S. HILL et al., as Executors of WILLIAM F. CUNNINGHAM, Deceased, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied without prejudice to an application for a jury trial of the first nineteen causes of action. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ. [See 268 App. Div. 768.]

In the Matter of the Arbitration between .F. D. RICH Co., INC., et al., Respondents, and BRONXVILLE REALTY CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

SIDNEY HERZOG et al., Respondents, v. IRVING MEYERSON, Individually and as President of the Fresh Water Fish Craft, United Sea Food Workers Union, Local No. 16975, A. F. of L., et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

HARRY POMERANTZ, Appellant, v. MEMORIAL HOSPITAL FOR THE TREATMENT OF CANCER AND ALLIED DISEASES, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. The date for the discovery and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

HERMAN GLUCKMAN, Appellant, v. SHERMAN S. KRELLBERG, Individually and as Administrator of the Estate of ALFRED S. KRELLBERG, Deceased, et al., Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. Bill of particulars to be served within ten days after service of order. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.